UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Dennis Biba,

        Plaintiff,

   v.                                    Case No. 3:18-cv-00819-jdp

Capital One Bank, N.A.,

        Defendant.

---

## NOTICE OF SETTLEMENT

---

    NOW COMES Plaintiff, Dennis Biba, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a Fed. R. Civ. P. 41 stipulation of dismissal, with prejudice, within sixty (60) days.

                                                                  **MARTIN & BONTRAGER, APC**

Dated: January 29, 2019                   /s/G. Thomas Martin, III
                                                          G. Thomas Martin, III
                                                           Nicholas J. Bontrager
                                                           6464 W. Sunset Blvd., Ste. 960
                                                           Los Angeles, CA 90028
                                                           T: (323) 940-1700
                                                          F: (323) 238-8095
                                                          Tom@mblawapc.com
                                                          Nick@mblawapc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of January, 2019, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.